EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1-7 2003

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR03 00460 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>KHARY PHARIS CLYBURN,<br><br>                    Defendant. | Cr. No.<br><br>INDICTMENT<br>[21 U.S.C. Sections 860(a),<br>841(a)(1), 841(b)(1)(B),<br>841(b)(1)(C)] |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about September 8, 2003, Defendant KHARY PHARIS CLYBURN knowingly and intentionally distributed five grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, to wit, a quantity of approximately 26.994 grams of

cocaine base, aka "crack cocaine," a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(B).

## COUNT 2

The Grand Jury further charges that:

On or about September 8, 2003, Defendant KHARY PHARIS CLYBURN knowingly and intentionally distributed approximately 3.514 grams, of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges that:

On or about September 8, 2003, Defendant KHARY PHARIS CLYBURN knowingly and intentionally possessed with the intent to distribute a mixture or substance containing five grams or more of a detectable amount of cocaine, its salts, optical and geometric isomers, to wit, a quantity of approximately 23.561 grams of cocaine base, aka "crack cocaine," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 4

The Grand Jury further charges that:

On or about September 8, 2003, Defendant KHARY PHARIS CLYBURN knowingly and intentionally possessed with the intent to distribute five grams or more, to wit, approximately 10.117 grams, of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: September 17, 2003, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

3