EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA #1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KHARY PHARIS CLYBURN,<br><br>          Defendant. | CR. NO. 03-0460DAE<br><br>FIRST SUPERSEDING INDICTMENT<br>[21 U.S.C. Sections 860(a),<br> 841(a)(1), 841(b)(1)(B),<br> 841(b)(1)(C)] |

### FIRST SUPERSEDING INDICTMENT

Count 1:

The Grand Jury charges that:

On or about September 8, 2003, Defendant KHARY PHARIS CLYBURN knowingly and intentionally distributed five (5) grams or more of a mixture or substance containing cocaine base (also known as "crack"), to wit, approximately 26.994 grams (net weight), a Schedule II narcotic controlled substance, within one

thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(B).

Count 2:

The Grand Jury further charges that:

On or about September 8, 2003, Defendant KHARY PHARIS CLYBURN knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit: approximately 3.446 grams (net weight), a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C).

Count 3:

The Grand Jury further charges that:

On or about September 8, 2003, Defendant KHARY PHARIS CLYBURN knowingly and intentionally possessed with the intent to distribute five (5) grams or more of a mixture or substance containing cocaine base (also known as "crack"), to wit, approximately 23.561 grams (net weight), a Schedule II narcotic controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Count 4:

The Grand Jury further charges that:

On or about September 8, 2003, Defendant KHARY PHARIS CLYBURN knowingly and intentionally possessed with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, to wit: approximately 9.985 grams (net weight), a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(B).

DATED: March 10, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Clyburn, USDC-Hawaii Cr. No. 03-0460DAE, First Superseding Indictment.

4