KHARY PHARIS CLYBURN
Inmate Name

90787-022
Inmate Registration No.

LA TUNA FEDERAL SATELLITE LOW
Name of Prison

POST OFFICE BOX 6000
Address

ANTHONY, NM [88021]
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 18 2008

at 2 o'clock and 10 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF __HAWAII__
District That Sentenced You

UNITED STATES OF AMERICA,

  Plaintiff,

v.

KHARY PHARIS CLYBURN
Inmate Name

  Defendant.

Case No: 1:03CR00460-001 DAE
Your Criminal Case Number

NOTICE OF MOTION AND MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C.§3582(c)(2) DUE TO RECENT REDUCTION IN THE "CRACK COCAINE" U.S. SENTENCING GUIDELINES

DATE: March 18, 2008
TIME: 9:00 A.M.

  To the Honorable U.S. District Judge __DAVID ALAN EZRA__
                                            Name of Your Judge
and to the United States Attorney: Please take notice that on March 18, 2008 at 9:00 A.M., the Defendant will move the court for the maximum allowable reduction of his sentence including a reduction to time served under the Amendment approved by the U.S. Sentencing Commission on December 11, 2007 under 28 U.S.C. §994 making the "Crack Cocaine" amendment to the U.S. Sentencing Guidelines retroactive under U.S.S.G.§1B 1.10.

## STATEMENT OF FACTS

1. Defendant was sentenced on **APRIL 12, 2005** to **78 MONTHS** months in prison. (Length of Your Sentence) Defendant has been incarcerated since **MAY 24, 2005** (Date You Were Locked Up). With Good Time Credits, the Defendant has approximately **THIRTY-FOUR (34)** Months Remaining on his sentence.

Considering the factors set forth in 18 U.S.C.§ 3553(a), Defendant moves for a reduction in his sentence to the maximum allowable, including to time served as of March 3, 2008.

Dated: **MARCH 9, 2008 A.D.**
Today's Date

Respectfully Submitted,

BY: *Khary Pharis Clyburn*
Your Signature

Name: **KHARY PHARIS CLYBURN**

Reg.No. **90787-022**

Prison: **FSL LA TUNA**

Address: **P. O. BOX 6000**

**ANTHONY, NM/TX [88021]**

### PROOF OF SERVICE

On **MARCH 9, 2008 A.D.** (Today's Date), I served the United States Attorney with a copy of this motion by depositing same in the outgoing legal mail, 1st Class Postage prepaid and addressed to:

United States Attorney: **EDWARD H. KUBO, JR.**
**300 ALA MOANA BLVD., HONOLULU, HI [96850]**
Address of U.S. Attorney in your case
-AND-
CLERK OF COURT: **WALTER A. Y. H. CHINN**
**300 ALA MOANA BLVD., ROOM C-338, HONOLULU, HI [96850]**

*Khary Pharis Clyburn*
Your Signature

PAGE 2 OF 2