

7006 2150 0003 5319 3085

KHARY PHARIS CLYBOURN
90787-022
LA TUNA FEDERAL SATELLITE LOW
POST OFFICE BOX 6000
ANTHONY, NM/TX [88021]

RECEIVED
CLERK U.S. DISTRICT COURT

MAR 18
2:10 P.M.
DISTRICT OF HAWAII

WALTER A. Y. H. CHINN
CLERK OF COURT, AND
DAVID ALAN EZRA
U.S. DISTRICT JUDGE
PRINCE J. K. KUHIO FEDERAL BUILDING
300 ALA MOANA BOULEVARD, ROOM C-338
HONOLULU, HI [96850]

