PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Defendant
KHARY CLYBURN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00460 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | REDUCING SENTENCE |
| vs. | ) | PURSUANT TO NEW |
| | ) | SENTENCING GUIDELINE |
| KHARY CLYBURN, | ) | AMENDMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT**

    IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that, pursuant to 18 U.S.C. § 3582(c), the defendant's sentence of 78

months incarceration imposed on April 12, 2005, is reduced to 68 months. All other provisions of the sentence imposed on April 12, 2005, remain unaltered.

The defendant, KHARY CLYBURN, is currently serving a term of imprisonment for an offense involving cocaine base (crack). Counsel has been in communication with Mr. Clyburn in writing and he consents to counsel entering into this stipulation.

Mr. Clyburn was sentenced by this Court on April 12, 2005, to a term of 78 months imprisonment. His guideline range was 78-97 months, based on a total offense level of 28 and a criminal history category of I. Based upon the new crack cocaine amendment, which states that the new amended guideline range should be reduced by 2 levels, Mr. Clyburn's offense level would be 26, resulting in a guideline range of 63-78 months. However, the Probation Department now states that it initially calculated Mr. Clyburn's guidelines incorrectly, and it should have been level 29, resulting in an original guideline range of 87-108 months. With a 2 level reduction from this amended range, this would result in a guideline range of 70-87 months.

The United States Sentencing Commission lowered many guidelines ranges for crack cocaine defendants on November 1, 2007. See U.S.S.G.

Appendix C, Amdt. 706.  The amendment was made retroactive.  <u>See</u> Amendment 706.

The parties agree that Mr. Clyburn is eligible for a reduction of his sentence by retroactive application of Amendment 706 pursuant to § 3582(c) and U.S.S.G. policy statement § 1B1.10.  Given that the parties agree that Mr. Clyburn is eligible for a reduction pursuant to the new amendment, the parties agree that Mr. Clyburn should be resentenced to 68 months.[1]

Wherefore, the parties agree that the Court impose a sentence of 68 months.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, September 8, 2008.

    /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
KHARY CLYBURN

---

[1] The parties recognize that there is a question concerning what offense level Mr. Clyburn should be in depending upon which original guideline range is the starting point.  However, given Mr. Clyburn's excellent conduct while incarcerated (classes in Office Technology, Spanish as a Second Language, Smart Money Business Classes, and currently enrolled in a Community College for inmates), the parties have agreed upon the 10 month reduction as a suitable compromise without deciding the question.

       /s/ Michael Kawahara
MICHAEL KAWAHARA
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii, September 10, 2008.



_____
David Alan Ezra
United States District Judge

UNITED STATES v. CLYBURN
Cr. No. 03-00460 DAE
STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT